**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

RICHARD BONDESON,

Plaintiff,

v.

FISCHER & KRECKE, GmbH,

Defendant.

Civil 00-1602 (JRT/FLN)

**ORDER OF REFERENCE**

---

James J. Boyd, BOYD LAW OFFICE, North Robert Street, Suite 1212, St. Paul, MN 55101, for plaintiff.

Robert D. Brownson, STICH, ANGELL, KREIDLER, BROWNSON & BALLOU, 250 Second Avenue South, Suite 120, Minneapolis, MN 55401, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendant's motion for to dismiss for failure to properly effect service of process [Docket No. 10] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: 1-9. 2001
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED JAN 0 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________