UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard Bondeson,

Plaintiff,

vs.

Fischer & Krecke, GmbH,

Defendant.

Civil 00-1602 JRT/FLN

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 16, 2001, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that defendant's motion to dismiss for failure to properly effect service of process [#10] is GRANTED without prejudice.

DATED: 3-15, 2001.

JUDGE JOHN R. TUNHEIM
United States District Court

FILED MAR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______